# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**JAMAAL ALI BILAL,**

     **Petitioner,**

**v.**                              **Case No. 3:16cv136-LC/CAS**

**DEPARTMENT OF CHILDREN AND
FAMILIES, STATE OF FLORIDA,**

     **Respondents.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2016 (ECF No. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      This case is DISMISSED and all pending motions denied.

**DONE AND ORDERED** this 19th day of May, 2016.


   s/L. A. Collier

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**